

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2014

No. 04-14-00225-CV

**IN THE INTEREST OF M.A.,** et al., Children,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01618
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating Appellant's parental rights. The trial court signed the order on February 19, 2014, and Appellant filed an untimely pro se notice of appeal on March 19, 2014. *See* TEX. R. APP. P. 26.1(b), 26.3.

On April 14, 2014, we ordered Appellant to file a written response not later than April 24, 2014, presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.* R. 26.3, 10.5(b)(1)(C). *See generally Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (requiring courts to imply a motion for extension of time in certain circumstances). We warned Appellant that if she failed to respond within the time provided, this appeal would be dismissed. *See* TEX. R. APP. P. 42.3(c). This court's order was mailed to Appellant but was returned.

On May 5, 2014, after this court was advised that Appellant had court-appointed counsel, we sent counsel our April 14, 2014 order. To date, this court has not received any response from Appellant or her counsel.

We ORDER Appellant to SHOW CAUSE in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 26.1(a), 42.3(b). Appellant's written response must include a reasonable explanation for Appellant's failure to timely file her notice of appeal. *See id.* R. 26.3, 10.5(b)(1)(C); *Verburgt*, 959 S.W.2d at 617. **If Appellant fails to show cause as ordered, this appeal will be dismissed without further notice.** *See* Tex. R. App. P. 42.3(b), (c).

All other appellate deadlines remain SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court